# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: January 8, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-3057
    Gibson vs. Russell
    District Court No. 00-00663

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3057] . Volumes included: 2  P1;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_Arthur Hill_
Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

_MRS_
Michelle R. Senger
Records Management Deputy